UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSE L. GINDER,

    Plaintiff,

v.                                          Case No:   6:14-cv-1271-Orl-40DAB

BANK OF AMERICA CORP.,

    Defendant.

### ORDER TO SHOW CAUSE

      This case is before the Court upon periodic review.  Plaintiff has failed to comply with the Court's Orders (Docs. 4, 5) of August 8, 2014 directing counsel to review and certify compliance with Local Rule 1.04(d) and to file a Certificate of Interested Persons and Corporate Disclosure Statement.  Therefore, it is

      **ORDERED** that the Plaintiff shall **SHOW CAUSE** and file her response to said Orders within **fourteen (14)** days from the date of this Order.  Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions pursuant to Local Rule 3.10(a).

      **DONE** and **ORDERED** in Orlando, Florida, this 25th day of September 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party