UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

6:14-CV-01271 ORL 40DAB

ROSE L. GINDER,

                Plaintiff,

vs.

BANK OF AMERCA CORP,

                Defendants.
_____/

## MEDIATION DISPOSITION REPORT

A mediation conference was conducted on June 5, 2015 and the case has been completely settled.

Counsel shall submit a stipulation for dismissal or other final disposition.

DATED this 5th day of June.

Respectfully submitted,

_____
Jim Cabler, Mediator
Mediator. # 2409 FR
200 E. Robinson Street, Suite 700
Orlando, Florida  32801
407-649-9495